```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM C. MATHERS, JR,              :    CIVIL ACTION
                                     :    NO. 15-4234
          Plaintiff,                 :
                                     :
     v.                              :
                                     :
NANCY A. BERRYHILL, ACTING           :
COMMISSIONER OF SOCIAL SECURITY,     :
                                     :
          Defendant.                 :
```

**O R D E R**

**AND NOW**, this **25th** day of **April, 2017**, after reviewing Plaintiff's Request for Review of the decision of the Commissioner of Social Security (ECF Nos. 11-12), the Commissioner's response (ECF No. 13), and the Report and Recommendation of United States Magistrate Elizabeth T. Hey (ECF No. 17), there being no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**;

3. The Commissioner's decision denying Plaintiff's claim for benefits is **AFFIRMED**;

4. Plaintiff's request for a hearing and motion for oral argument is **DENIED**; and

5. The Clerk of Court shall remove this case from

suspense and mark the case as **CLOSED**.

        **AND IT IS SO ORDERED.**

        **/s/ Eduardo C. Robreno**
        **EDUARDO C. ROBRENO, J.**